**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1711**

---

ROBERT JOHN SCHIEBLE, JR.,

Plaintiff - Appellant,

versus

MELISSA MCKEE; BROCH, Senior Code Enforcement
Officer; CHRISTINE BERG, Code Enforcement
Officer; RANDY GREEN, Code Enforcement
Officer; BURNS, Deputy; JOHN DOES, being all
other officers and code enforcement officers
on site on 5 and 6 April 1999,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. David C. Norton, District Judge.
(CA-02-1122-2-18)

---

Submitted: August 29, 2002        Decided: September 4, 2002

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Robert John Schieble, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert John Schieble, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Schieble v. McKee, No. CA-02-1122-2-18 (D.S.C. filed May 20, 2002 & entered May 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED